Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 13, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01220-CV

____________

 

IN RE BRYDRICK BARNES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 30, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In the petition, relator
asks that we compel the Hon. Brock Thomas, presiding judge of the 338th
District Court in Harris County, to rule on twelve motions in relator=s pending criminal case. 
Relator has not demonstrated he is entitled to
the mandamus relief requested.

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 13, 2003.

Panel consists of
Justice Edelman, Frost, and Guzman.